IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| LACY BARKSDALE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:13-cv-00036 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of United States Magistrate Judge Joel C. Hoppe [ECF No. 16], recommending that an Order be entered denying Plaintiff's Motion for Summary Judgment/Motion to Remand [ECF No. 10], granting the Commissioner's Motion for Summary Judgment [ECF No. 12], and affirming the final decision of the Commissioner. The R & R was filed on July 23, 2014, from which date the parties had fourteen (14) days to file objections. *See* 28 U.S.C. § 636(b)(1)(C) (2014). No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the R & R shall be, and hereby is, **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment/Motion to Remand is **DENIED**, the Commissioner's Motion for Summary Judgment is **GRANTED**, the final decision of the Commissioner is **AFFIRMED**, and the Clerk is directed to **DISMISS** this case from the active docket of the Court.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe.

ENTERED this 14th day of August, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE